■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GIBBS, Appellant.— Motion by defendant to dispense with printing and for assignment of counsel on appeal from order denying his motion to suppress evidence, denied. Cross motion by the People to dismiss appeal as premature granted; appeal dismissed. In a criminal action a separate appeal from an intermediate order may not be taken by the defendant; the order may be reviewed, however, on the appeal from the judgment of conviction (Code Crim. Pro., § 517, subd. 3). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED E. DIES, Relator, v. THOMAS H. RAMSDEN, as Warden of Nassau County Jail, Respondent.— Motion by relator to dispense with printing on appeal from a *decision* of the Supreme Court, Nassau County, which dismissed a writ of habeas corpus. Motion denied, with leave to renew upon the District Attorney's entry of an order upon the decision and service of a copy of such order upon the defendant; and after the relator shall have filed and served a timely notice of appeal from said order. No appeal lies from a decision. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

## (October 21, 1963)

■ In the Matter of ROBERT G. ANDERSON, Appellant, v. ANN C. JEANDHEUR, Respondent.— Motion by respondent to dismiss appeal from order of the Supreme Court, Nassau County, entered August 20, 1963 on consent. Motion granted; appeal dismissed, without costs; no appeal lies from an order made on consent. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR R. L. PRYOR, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel on appeal from order denying his motion for transcript of the trial minutes. Motion denied; the order is not appealable (Code Crim. Pro., § 517). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

## (November 12, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BRUNO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. Such brief shall comply with the rules of this court (Rules, App. Div., 2d Dept., rule I, subd. 7; rule IV, subd. 2-B). The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, beginning January 27, 1964; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. [See *People* v. *Breslin*, 4 N Y 2d 73; *People* v. *Pitts*, 6 N Y 2d 288.] Beldock, P. J., Hill, Rabin and Hopkins, JJ., concur.